United States

vs.

Jonathan Darnel, et al

Civil No. _____
Criminal No. 22-CR-96 (CKK)

Government __X__
Plaintiff  _____
Defendant _____
Joint     _____

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1001 | Clinic Surveillance Video Clip | | 9/11/2023 | Sarah Compton | 9-15-23 |
| 1003 | Clinic Surveillance Video Clip | | 9/11/2023 | Sasha Proctor | 9-15-23 |
| 1004 | Clinic Surveillance Video Clip | | 9/11/2023 | Ashley Jones | 9-15-23 |
| 1008 | Clinic Surveillance Video | 9/14/2023 | 9/14/2023 | Tina Smith | 9-15-23 |
| 1009 | MPD Body Worn Camera Video Clip | 9/12/2023 | 9/12/2023 | Homere Whyte | 9-15-23 |
| 1010 | MPD Body Worn Camera Video Clip | 9/12/2023 | 9/12/2023 | Homere Whyte | 9-15-23 |
| 1011 | MPD Body Worn Camera Video Clip | 9/11/2023 | 9/11/2023 | Ashley Jones | 9-15-23 |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1012 | MPD Body Worn Camera Video Clip | 9/12/2023 | 9/12/2023 | Homere Whyte | 9-15-23 |
| 1013 | MPD Body Worn Camera Video Clip | 9/12/2023 | 9/12/2023 | Homere Whyte | |
| 1014 | MPD Body Worn Camera Video Clip | 9/12/2023 | 9/12/2023 | Homere Whyte | |
| 1015 | MPD Body Worn Camera Video Clip | 9/12/2023 | 9/12/2023 | Homere Whyte | |
| 1016 | MPD Body Worn Camera Video | 9/12/2023 | 9/12/2023 | Homere Whyte | |
| 1017 | Jonathan Darnel Livestream Video Clip | 9/12/2023 | 9/12/2023 | Michael Biscardi | |
| 1018 | Jonathan Darnel Livestream Video Clip | 9/12/2023 | 9/12/2023 | Michael Biscardi | |
| 1019 | Jonathan Darnel Livestream Video Clip | 9/12/2023 | 9/12/2023 | Michael Biscardi | |
| 1020 | Jonathan Darnel Livestream Video Clip | 9/12/2023 | 9/12/2023 | Michael Biscardi | |
| 1022 | Jonathan Darnel Livestream Video Clip | 9/12/2023 | 9/12/2023 | Michael Biscardi | 9-15-23 |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1023 | Jonathan Darnel Livestream Video Clip | 9/12/2023 | 9/12/2023 | Michael Biscardi | 9-15-23 |
| 1024 | Jonathan Darnel Livestream Video Clip | 9/12/2023 | 9/12/2023 | Michael Biscardi | |
| 1026 | Jonathan Darnel Second Livestream Video Clip | 9/12/2023 | 9/12/2023 | Michael Biscardi | |
| 1079A | Clinic Surveillance Video Clip #1 | 9/11/2023 | 9/11/2023 | Sasha Proctor | |
| 1079B | Clinic Surveillance Video Clip #2 | 9/12/2023 | 9/12/2023 | Shampy Holler | |
| 1124 | Montgomery County PD Body Worn Camera Video | 9/11/2023 | 9/11/2023 | Chad Matthews | |
| 1126 | Jonathan Darnel Livestream Video Clip | 9/12/2023 | 9/12/2023 | Michael Biscardi | |
| 1130 | MPD Body Worn Camera Video Clip | 9/12/2023 | 9/12/2023 | Homere Whyte | |
| 2007 | Photograph of Ankle (Taken at Washington Surgi-Clinic) | 9/11/2023 | 9/11/2023 | Sarah Compton | |
| 2010 | Photograph of Ankle (Taken at Washington Surgi-Clinic) | 9/11/2023 | 9/11/2023 | Sarah Compton | 9-15-23 |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 2015 | Photographs of Defendants | 9/12/2023 | 9/11/2023 | Michael Biscardi | 9-15-23 |
| 2016 | Photograph of Ankle (Taken from Home) | 9/11/2023 | 9/11/2023 | Sarah Compton | |
| 3001 | DC Area Anti-Abortion Advocacy Facebook Page | 9/12/2023 | 9/12/2023 | Michael Biscardi | |
| 3002 | DC Area Anti-Abortion Advocacy Facebook Page | 9/12/2023 | 9/12/2023 | Michael Biscardi | |
| 3003 | DC Area Anti-Abortion Advocacy Facebook Page | 9/12/2023 | 9/12/2023 | Michael Biscardi | |
| 3004 | Lauren Handy Facebook Page | 9/12/2023 | 9/12/2023 | Michael Biscardi | |
| 3005 | Lauren Handy Facebook Page | 9/12/2023 | 9/12/2023 | Michael Biscardi | |
| 3006 | Lauren Handy Facebook Page | 9/12/2023 | 9/12/2023 | Michael Biscardi | |
| 4001A | Lauren Handy Forensic Examination | 9/12/2023 | 9/12/2023 | Michael Biscardi | |
| 5001 | Airbnb Records - Guest Information | 9/12/2023 | 9/12/2023 | Michael Biscardi | 9-15-23 |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 5002 | Airbnb Records - Payment Information | 9/12/2023 | 9/12/2023 | Michael Biscardi | 9-15-23 |
| 5021 | Mercy Missions Records | 9/12/2023 | 9/12/2023 | Michael Biscardi | |
| 5033 | Jonathan Darnel Verizon Records | 9/12/2023 | 9/12/2023 | Michael Biscardi | |
| 5039 | Jonathan Darnel Verizon Records | 9/12/2023 | 9/12/2023 | Michael Biscardi | |
| 5042 | Jonathan Darnel Verizon Records | 9/12/2023 | 9/12/2023 | Michael Biscardi | |
| 5051 | Jonathan Darnel Verizon Records | 9/12/2023 | 9/12/2023 | Michael Biscardi | |
| 5052 | Jonathan Darnel Verizon Records | 9/12/2023 | 9/12/2023 | Michael Biscardi | |
| 5053 | Hazel Jenkins Appointment Information Card | 9/11/2023 | 9/11/2023 | Sarah Compton | |
| 5066 | Jonathan Darnel Facebook Information | 9/12/2023 | 9/12/2023 | Michael Biscardi | |
| 5070 | Jonathan Darnel Facebook Information | 9/12/2023 | 9/12/2023 | Michael Biscardi | 9-15-23 |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 5072 | Jonathan Darnel Facebook Information | 9/12/2023 | 9/12/2023 | Michael Biscardi | 9-15-23 |
| 5082 | Lauren Handy Facebook Information | 9/12/2023 | 9/12/2023 | Michael Biscardi | |
| 5083 | Lauren Handy Facebook Information | 9/12/2023 | 9/12/2023 | Michael Biscardi | |
| 5091 | Lauren Handy Facebook Information | 9/12/2023 | 9/12/2023 | Michael Biscardi | |
| 5109 | Lauren Handy T-Mobile Records | 9/12/2023 | 9/12/2023 | Michael Biscardi | |
| 5110 | Lauren Handy T-Mobile Records | 9/12/2023 | 9/12/2023 | Michael Biscardi | |
| 5113 | Lauren Handy T-Mobile Records | 9/12/2023 | 9/12/2023 | Michael Biscardi | |
| 7360 | Caroline Davis Plea & Cooperation Agreements | 9/13/2023 | 9/13/2023 | Caroline Davis | |
| 7361 | Lauren Handy and Jonathan Darnel Summary Chart | 9/12/2023 | 9/12/2023 | Michael Biscardi | |
| 7362 | Lauren Handy and Joan Bell Summary Chart | 9/12/2023 | 9/12/2023 | Michael Biscardi | 9-15-23 |