UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

UNITED STATES

    Plaintiff(s)                                              CRIMINIAL CASE:  22-096 (CKK)

v.

JONATHAN DARNEL

JEAN MARSHALL

JOAN BELL

    Defendant(s)

## COUNSEL'S ACKNOWLEDGMENTS CONCERNING TRIAL EXHIBITS

Counsel acknowledges that they have jointly reviewed the exhibits that were admitted into evidence with the courtroom deputy and have agreed on what exhibits will be submitted to the jury during deliberations.

_____
Government

_____
Attorney for DEFENDNAT JONATHAN DARNELL

_____
Attorney for DEFENDANT JEAN MARSHALL

_____
DEFENDANT JOAN BELL, PRO SE (STEPHEN F. BRENNWALD, STANDBY COUNSEL