IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| v.   ) | |
| ) | CRIM NO. 22-CR-96-CKK |
| JEAN MARSHALL,   ) | Judge: Kollar-Kotelly |
| ) | |
| ) | |
| Defendant.   ) | |

# ORDER

UPON CONSIDERATION of Defendant Jean Marshall's Consent Motion for Extension of Time to File Sentencing Memorandum, and good cause having been shown, and there being no objection from the government, it is therefore on this _____ day of _____, 2023,

ORDERED that the motion is GRANTED. It is also hereby

ORDERED that Jean Marshall's Sentencing Memorandum shall be filed on or before April 19, 2024. It is also further

ORDERED that the government's reply shall be filed on or before April 26, 2024.

SO ORDERED.

_____
Colleen Kollar-Kotelly
U.S. District Court Judge

1