# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JEAN MARSHALL,<br><br>Defendant. | Criminal Action No. 22-00096-05 (CKK) |

## ORDER
(February 13, 2025)

Pursuant to the February 12, 2025 Mandate and Order by the United States Court of Appeals for the District of Columbia Circuit, pertaining to Defendants Jonathan Darnel [defendant 2], Jean Marshall [defendant 5], and Joan Bell [defendant 9], these cases were remanded to the undersigned "with instructions to dismiss the cases as moot." Accordingly, it is this 13th day of February 2025,

ORDERED that, in accordance with that Mandate and Order, this case be and hereby is DISMISSED as moot.

_____/s/_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE
